# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON WHITE | : | |
| | : | C.A. No.: 1:18-cv-00104-SPB |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| METAL POWDER PRODUCTS COMPANY, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COME Plaintiff, Sharon White, and Defendant, Metal Powder Products Company, by and through their respective undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of this matter, with prejudice. Each party will bear its own costs.

Dated: October 4, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ Sunshine R. Fellows* | */s/ Sean L. Ruppert* |
| Sunshine R. Fellows, Esquire | Sean L. Ruppert, Esquire |
| SFellows@LevicoffLaw.com | sr@lawkm.com |
| The Levicoff Law Firm, P.C. | Kraemer, Manes & Associates |
| 4 PPG Place, Suite 200 | 600 Grant Street, Suite 660 |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |
| Telephone: (412) 434-5200 | Telephone: (412) 626-5550 |
| Facsimile: (412) 434-5203 | Facsimile: (412) 637-0144 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

SO ORDERED:

_____
Susan Paradise Baxter,
United States District Court Judge

{L0751470.1 }